THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JAMES BOBBY BOY, a/k/a FREDDIE E. BROWN, Defendant-Appellant.

(No. 58165;

First District (3rd Division)—September 5, 1974.

James J. Doherty, Public Defender, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* VICTOR RISZOWSKI, Defendant-Appellant.

(Nos. 58233-4 cons.;

First District (3rd Division)—September 5, 1974.